■ SYLVIA RATNER, Respondent, v. THEODORE RATNER, Appellant.— In an action to annul a marriage on the ground of fraud, the appeal is from an interlocutory judgment annulling the marriage and awarding custody of the infant child of the parties to respondent, with rights of visitation to appellant. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ ORVAL R. SAUNDERS, Respondent, v. CITY OF NEW YORK, Respondent, and COUNTY OF NASSAU, Appellant.— In an action against the City of New York and the County of Nassau to recover damages for false arrest, false imprisonment, malicious prosecution, and assault and battery, the appeal is from an order, on reargument, insofar as said order denies the motion of the County of Nassau to change the venue from Queens County to Nassau County, to sever the cause of action against the county from the cause of action against the city, to transfer the cause of action against the county to Nassau County and to require the service of an amended complaint in compliance with rules 90 and 102 of the Rules of Civil Practice. Order modified by striking therefrom the fourth ordering paragraph and by substituting therefor a provision that the motion to require the service of an amended complaint so as to render paragraphs Tenth, Sixteenth, Nineteenth, Twenty-second, Twenty-fifth, and Twenty-seventh more definite and certain be granted. As so modified, order insofar as appealed from, affirmed, without costs. The amended complaint is to be served within 10 days after the entry of the order hereon. The enumerated paragraphs of the complaint fail to conform to the requirements of rule 90 of the Rules of Civil Practice. (*Clinckett* v. *Casseres,* 205 App. Div. 710.) Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ., concur.

■ DOUGLAS F. STORER, Appellant, v. MORTON MILLER, Respondent, et al., Defendant.— In an action to recover damages for the alleged negligence of an attorney at law in the conduct of the defense at a trial, particularly in having refused the demand of the client to produce the testimony of witnesses who were available, order granting respondent's motion for summary judgment dismissing the complaint, and judgment entered thereon, affirmed, with $10 costs and disbursements. No opinion. Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur; Nolan, P. J., dissents and votes to reverse the order, to vacate the judgment, and to deny the motion on the ground that questions of fact are presented which should be decided on a trial.

■ TOWN OF BABYLON, Respondent, v. JOSEPH MAVELLIA et al., Individually and Doing Business as Partners under the Name of MAVELLIA BROTHERS, Appellants.— Appeal from a judgment declaring that the use of appellants' property specified therein is a violation of the town building zone ordinance, restraining such unauthorized use, requiring appellants to remove from their property certain structures, material and equipment in connection therewith, and dismissing appellants' counterclaim to direct the issuance of a certificate of occupancy. Judgment unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta and Hallinan, JJ.